1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   JAHMARI BUTLER,                           Case No.  2:23-cv-00565-JDP (PC)

11              Plaintiff,                      ORDER THAT PLAINTIFF SHOW CAUSE
                                                WHY HIS APPLICATION TO PROCEED
12         v.                                   IN FORMA PAUPERIS SHOULD NOT BE
                                                DENIED AND HE BE DIRECTED TO PAY
13   D. BAKER, *et al.*,                        THE ENTIRE FILING FEE

14              Defendants.                      ECF No. 2

15

16

17

18

19

20         Plaintiff, a state prisoner, brings this § 1983 action and concurrently has applied to

21   proceed *in forma pauperis*, ECF No. 2.  I have reviewed his prison trust fund account statement,

22   and it appears that he has sufficient funds to cover the filing fee.  His account statement indicates

23   that he has an available balance of $10,261, which is more than enough to cover the $402 filing

24   fee.  But before recommending that plaintiff's application be denied, I will give him an

25   opportunity to respond to this order and to explain why he cannot both pay the filing fee and still

26   afford his necessities.  *See Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) ("An

27   affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay

28   the court costs and still afford the necessities of life.").

                                                1

Accordingly, it is ORDERED that within twenty-one days of this order's entry plaintiff may respond to this order and explain why he should still be allowed to proceed *in forma pauperis*. If he fails to do so, I will recommend that plaintiff's application be denied, and he be directed to pay the full filing fee.

IT IS SO ORDERED.


Dated:    April 5, 2023                          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2