1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAHMARI BUTLER,                          Case No.  2: 23-cv-00565-JDP (PC)

12              Plaintiff,

13        v.                                  ORDER; FINDINGS &
                                              RECOMMENDATIONS
14   D. BAKER , *et al.*,

15              Defendants.

16

17        A recent court order served on plaintiff's address of record was returned by the postal

18   service.  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that

19   a party appearing *in propria persona* inform the court of any address change.  More than sixty-

20   three days have passed since the court order was returned by the postal service, and plaintiff has

21   failed to notify the court of a current address.

22        In accordance with the above, IT IS HEREBY ORDERED that the Clerk of Court is

23   directed to assign a district judge to this case; and

24        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for

25   failure to prosecute.  *See* Local Rule 183(b).

26        These findings and recommendations are submitted to the United States District Judge

27   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28   after being served with these findings and recommendations, plaintiff may file written objections

1

with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.


Dated:    July 5, 2023                                    _____
                                                         JEREMY D. PETERSON
                                                         UNITED STATES MAGISTRATE JUDGE