1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAHMARI BUTLER,                          No.  2:23-cv-00565-DAD-JDP (PC)

12              Plaintiff,

13         v.                                 ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DISMISSING
14   D. BAKER, et al.,                        THIS ACTION DUE TO PLAINTIFF'S
                                              FAILURE TO PROSECUTE AND DENYING
15              Defendant.                    PLAINTIFF'S APPLICATION TO PROCEED
                                              *IN FORMA PAUPERIS* AS MOOT
16
                                              (Doc. Nos. 2, 7)
17

18         Plaintiff Jahmari Butler is a state prisoner proceeding *pro se* in this civil rights action filed

19   pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On July 5, 2023, the assigned magistrate judge issued findings and recommendations

22   recommending that this action be dismissed, without prejudice, due to plaintiff's failure to

23   prosecute.  (Doc. No. 7.)  Specifically, the service copy of the court's order dated April 5, 2023,

24   which was mailed to plaintiff at his address of record, was returned to the court by the U.S. Postal

25   Service as undeliverable on April 10, 2023.  Plaintiff was therefore required by Local Rule 183 to

26   file a notice of his change of address with the court no later than June 12, 2023.  To date, plaintiff

27   has not filed a notice of his change of address or otherwise communicated with the court.

28   /////

                                              1

1    Accordingly, on July 5, 2023, the magistrate judge issued the pending findings and

2 recommendations recommending dismissal of this action due to plaintiff's failure to prosecute.

3 (Doc. No. 7.)  Those pending findings and recommendations were served on plaintiff and

4 contained notice that any objections thereto were to be filed within fourteen (14) days after

5 service.  (*Id.* at 1.)  To date, plaintiff has not filed any objections and the time in which to do so

6 has passed.[1]

7    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

8 *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings

9 and recommendations to be supported by the record and by proper analysis.

10    Accordingly,

11    1.    The findings and recommendations issued on July 5, 2023 (Doc. No. 7) are

12          adopted in full;

13    2.    This action is dismissed without prejudice due to plaintiff's failure to prosecute

14          this action;

15    3.    Plaintiff's pending application to proceed *in forma pauperis* (Doc. No. 2) is denied

16          as having been rendered moot by this order; and

17    4.    The Clerk of the Court is directed to close this case.

18    IT IS SO ORDERED.

19 Dated:  **August 4, 2023**                                      _____

20                                                                      UNITED STATES DISTRICT JUDGE

---

[1]  The service copy of the findings and recommendations, which was mailed to plaintiff at his
address of record, was again returned to the court as "undeliverable."

2